# EXHIBIT B

| References | https://youtu.be/OXaEZ5rvhUU?si=YEug0U2UKQHd9nKK -Hitec QPS Product Video |
| --- | --- |
| | Hitec Power Protection - Diesel Rotary UPS Systems - corporate video- https://youtu.be/jZjgx4BADf8?si=M-3Qb-ekUnzMy2Ot |
| | HITEC PowerPRO2700- https://youtu.be/dh1XVr19OMg?si=W12wbFT5DvHqJ3wz |
| | HITEC Power Protection - Dynamic UPS working principle 60 Hz English https://youtu.be/IdvRZccY6D8?si=fI7yeokj74Ez__4b |
| | The Kem - https://youtu.be/ZiuOqj3smwg?si=W4xqSDKLNDQSmVdV |
| | Technical overview- https://youtu.be/xF02w0yP3vI?si=FDnVqM73zxBJTlXY - |
| | https://youtu.be/cjIbNmYT7f8?feature=shared -**WALKTHROUGH - Intro to Operation** |
| | https://youtu.be/ien4pCXpSgA?feature=shared **Operating Instructions** |
| | https://youtu.be/SXZdHKZQefQ?feature=shared -WALKTRHOUGH - SCADA Software |
| | https://hitec-ups.com/ |

| Claim limitation. | Evidence of Infringement |
|---|---|
| 1a | A system for generating power, comprising: |  |

1

| 1b | a motor assembly; |  |
|----|-------------------|----------------------|
| | | The Hitec Rotary ups systems have a motor assembly. For example, the pony motor. |
| 1c | an inertia-assisted, torque-enhanced gearbox coupled to the motor assembly; and | The Hitec power generation system has a torque enhanced transmission, for example the Kinetic energy module, induction coupling flywheel uses the components from the 095 patent. |

2

| | | |
|---|---|---|
| 1d | a generator assembly coupled to the inertia-assisted, torque-enhanced gearbox, | The Hitec power generation system has a generator assembly.<br><br>About the alternator<br>• Generates AC power<br>• Acts as a synchronous condenser that improves power factor<br>• Up to 50% oversized to system<br>• Up to 14 X Full Load Current<br>• Rotary can generate enough current to clear faults without going to bypass unlike Static UPS<br>• Very stiff source |
| 1e | wherein the inertia-assisted, torque-enhanced gearbox includes a first flywheel assembly coupled to the motor assembly, and | When utility power is lost, the UPS retrieves stored kinetic energy from its induction coupling to support the critical load  The inner rotor is the first flywheel. |
| 1f | a clutch assembly coupled to the first flywheel assembly and the generator assembly, | The DC windings act as a clutch to engage the inner and outer rotor. |

3

| | | |
|---|---|---|
| 1g | and wherein the gearbox includes a second flywheel assembly coupled between the clutch assembly and the generator, |  The outer rotor is the second flywheel. |
| 1h | said clutch assembly being disposed between said first flywheel assembly and said second flywheel assembly |  ## 2 Change-over to engine mode In the event of a power interruption or an unacceptable deviation in the supply of utility power, the circuit breaker Q1 opens. The Kinetic Energy Module's DC windings are then excited, thus allowing a transfer of stored kinetic energy from the outer rotor to the inner rotor. The speed of the generator remains constant at 1500/1800 rpm. The Hitec power generation system has a clutch between the first and second flywheel. For example, the DC windings allow the flywheel to be separated into subassemblies |

4

| 1i | for enabling selective disengagement of said second flywheel assembly from said first flywheel assembly. | The Hitec power generation system the flywheels combined/ engaged or separated selectively.<br><br>The rotors of the electric machine, KEM pony motor and excitor act as flywheel kinetic energy storage rotors |
|---|---|---|
| 2a | The system of claim 1, wherein: the motor assembly is operable to supply operating torque to the generator assembly; and | <br><br>The Hitec power generation system has a pony motor that supplys oerating torque to the generators. For example, the pony motor and VFD maintain the speed of the system at about 4200 RPM, but speed can be increased based on the demand of a specific application. |

5

| 2b | the flywheel assemblies are operable to supply starting and peak load torques to the generator assembly. | While in engine mode, the output frequency remains within narrow tolerances, even if the system encounters high load steps, since the kinetic energy module will be utilized to support the diesel engine.<br><br>In utility mode, the **GENERATOR** (or Alternator) acts as a synchronous motor that maintains the speed of the outer rotor of the kinetic energy module (KEM). It supplies reactive power to the load and works together with the reactor as an active filter. In the event of a utility power failure, the generator, first driven by the energy stored within the KEM, and then by the engine, supplies continuous power to the critical load.<br><br>**HITEC Power Protection**<br>Continuous power in your control    19<br><br>## 2  Change-over to engine mode<br><br>In the event of a power interruption or an unacceptable deviation in the supply of utility power, the circuit breaker Q1 opens. The Kinetic Energy Module's DC windings are then excited, thus allowing a transfer of stored kinetic energy from the outer rotor to the inner rotor. The speed of the generator remains constant at 1500/1800 rpm.<br><br>Simultaneously, the engine starts and ramps up to 1500/1800 rpm in less than 2 seconds, after which the free-wheel clutch engages automatically. For the next few seconds, the engine together with the kinetic energy module drive the generator to ensure a proper supply of power to the critical load. Within 5 to 10 seconds, the engine is the sole provider of power to the load.<br><br>The Hitec power generation system rotors/flywheels supply stating a peak load to the generator assembly. For example, the KEM provides power to the generator for startup and peak loads. |
| 3a | The system of claim 2, wherein the gearbox includes: a third flywheel assembly coupled between the first flywheel assembly and the clutch assembly; and | The Hitec Flywheel is the third flywheel.<br>The UPS "Prime Mover"<br><br>The Flywheel acts as the third flywheel when not combined with the inner rotor or generator. |

6

| | | |
|---|---|---|
| 3b | a speed decreaser coupled between the first flywheel assembly and the third flywheel assembly. |  The Hitec power generation system has a third flywheel between the first and third flywheels. The third flywheel acts as a torque damper between the first and third flywheels. |
| 4a | The system of claim 3, wherein the motor assembly includes a motor controller and | The flywheel is available in different sizes to match the required output power and ride-through time. With variable speed controls, the amount of energy stored can be controlled, to match the power need, hence increasing the overall system energy efficiency significantly, especially at partial loads. |
| 4b | the generator includes a generator controller. | **Voltage regulation** The output voltage is controlled independent of the input voltage. **Small footprint** The installed size of the system is 40 to 60% less when compared with static UPS systems. **Energy Storage Optimization mode** Energy Storage Optimization mode (ESO mode) reduces the accumulated flywheel energy to the level that is needed to guarantee UPS function, thus saving energy. **Diesel Start Delay** Diesel Start Delay mode (DSD mode) prevents unwanted diesel starts for short utility interruptions, saving fuel and equipment wear. **Project-specific systems** The HITEC PowerPRO can be fully integrated to meet site-specific design requirements. Custom solutions are available to provide - Growth scenarios to match capital investment and operational costs with revenues generated - Maximum availability of processes to meet industry standards by creating redundancy and eliminating any single points of failure - Designs in line with the most rigorous operating and maintenance scenarios *PowerPRO 3600* *PowerPRO 2700* *PowerPRO 1800* *PowerPRO 1000* The Hitec power generation system has a generator controller. For example, a voltage regulation soft starter. |

7

| 5a | The system of claim 4, wherein: the motor controller is a variable frequency drive; and | <br><br>The Hitec power generation system has a motor controller. For example, the pony motor is controlled with a Variable frequency drive. |
| --- | --- | --- |
| 5b | the generator controller is a soft starter. | The Hitec power generation system has a soft starter. |
| 6 | The system of claim 5, wherein the generator assembly includes a synchronous generator or an asynchronous generator. | In utility mode, the **GENERATOR** (or Alternator) acts as a synchronous motor that maintains the speed of the outer rotor of the kinetic energy module (KEM). It supplies reactive power to the load and works together with the reactor as an active filter. In the event of a utility power failure, the generator, first driven by the energy stored within the KEM, and then by the engine, supplies continuous power to the critical load.<br><br>The Hitec power generation system has a synchronous motor/generator. |

8

| 7a | A The system for generating power according to claim 1, further comprising: a speed increaser coupled to the motor assembly; | **Low-Stress Energy Storage Technology**<br><br>The HITEC PowerPRO3600 energy storage system has two elements: an Energy Transfer Module (ETM) and a high-energy, low-speed flywheel. The ETM spins with the generator at 1500 rpm/50 Hz and at 1800 rpm/60 Hz. The flywheel spins at approximately 2900 rpm. This lower speed allows extended maintenance intervals.<br><br><br><br>The Hitec power generation system drive shaft changes speed. For example, the motor is 1800 RPM, the flywheel is 2900RPM and the generator is 1800 RPM. The inner rotor of the ETM is up to 3 x of the outer rotor.<br><br> |
|----|----|----|
| 7b | said first flywheel assembly being coupled to the speed increaser; and | The Hitec power generation system has a speed increaser coupled to the first flywheel. For example the kinetic energy storage devices spin faster than the motor or generators. |

| 7c | a speed decreaser coupled to said first flywheel assembly. |  |
| | | The Hitec power generation system has an inner rotor that operates three times faster than the outer rotor. The outer rotor is connected to the generator stator and operates at 1800 RPM. The speed is decreased. |
| 8 | The system of claim 7, wherein the speed increaser and the speed decreaser are gear trains having predetermined gear ratios. | It can be inferred that the Hitec power generation system uses predetermined gear ratios to maintain the 3x inner rotor speed. |
| 9 | The system of claim 8, wherein the speed increaser and the speed decreaser are multi-speed transmissions. | The Hitec power generation system has a. For example, a VFD connected to an AC motor and using shaft gears and clutches acts as a multi speed transmission. |

10

| | | |
|---|---|---|
| 10 | The system of claim 9, further including a third flywheel assembly coupled between the clutch assembly and the generator assembly. | The UPS "Prime Mover"<br><br><br><br>The Hitec power generation system has a. For example, the flywheel in the above illustration. |
| 11a | The power generation system according to claim 1, further comprising: a battery pack connected to the motor assembly and the generator assembly, | The Hitec power generation system has a battery pack. For example, the unit uses chemicall batterys for start up. |
| 11 b | wherein said power generation system supplies power to one of a motorized vehicle and a marine vessel. | The HITEC PowerPRO3600 series is designed to reduce the installed footprint by creating the highest power density per square meter/foot in the industry today. The HITEC PowerPRO3600 series is available with UPS ratings up to 2400 kW/3000 kVA at 50 Hz operation, and up to 2880 kW/3600 kVA at 60 Hz. The advantages of the higher ratings are many. Engineers can design the entire facility with UPS power, including large mechanical and motor loads.<br><br>The Hitec power generation system can power large mechanical loads. |
| 12a | The system of claim 11, wherein: the motorized | The advantages of the higher ratings are many. Engineers can design the entire facility with UPS power, including large mechanical and motor loads. |

11

| | | |
|---|---|---|
| | vehicle is an automobile; and | The Hitec power generation system can be installed on a motorized vehicle, for example in rail systems. |
| 12 b | the system further includes a wheel drive motor connected to the battery pack and a wheel assembly on the automobile. | The advantages of the higher ratings are many. Engineers can design the entire facility with UPS power, including large mechanical and motor loads.<br><br>The Hitec power generation system can be connected to a wheel assembly.<br><br>The Hitec power generation system has a wheel drive motor. For example, the generator/alternator. |
| 13a | The system of claim 11, wherein: the marine vessel is a boat; and | The Hitec power generation system can power large mechanical or motor loads. |
| 13 b | the system further includes a propeller drive motor connected to the battery pack and a propeller on the boat. | <br><br>The Hitec power generation system is connected to a battery pack and can be installed on a marine vessel. |

12

| 14a | A power generating system, comprising: |  The Hitec power generation systems. |

| | | |
|---|---|---|
| | a motor assembly; | Pony motor. |
| 14 b | a speed increaser coupled to the motor assembly; | The Hitec power generation system has a speed increaser coupled to the pony motor. |
| 14c | a first flywheel assembly coupled to the speed increaser; | The Hitec power generation system has multiple flywheels. |

14

| 14d | a first clutch assembly coupled to the first flywheel assembly; | The Hitec power generation system has a multiple clutches.<br><br><br><br>Motor speed increaser, flywheel, clutch, flywheel 2, clutch 2, flywheel 3 clutch 3, flywheel 4, clutch 4, generator. |
|---|---|---|
| 14e | a second flywheel assembly coupled to the first clutch assembly; | The Hitec power generation system has multiple clutches breaks, overrunning electromagnetic, and speed engaging clutches. For example, the induction coupling. |
| 14f | a second clutch assembly coupled to the second flywheel assembly; | Rotational storage and direct energy extraction...<br><br>$$KE = \tfrac{1}{2} \Sigma \; (mr^2) \; \omega^2$$<br><br>Hitec Rotary UPS Technical Overview<br>UW Power Plant CUP    Subscribe<br><br>The UPS "Prime Mover" |

| | | |
|---|---|---|
| | | The Hitec power generation system has a cluch at each motor generator rotor and between the KEM, synchronous machine, flywheel, and diesel engine. |
| 14 g | a third flywheel assembly coupled to the second clutch assembly; |  |
| 14 h | a third clutch assembly coupled to the third flywheel assembly; | The Hitec power generation system has multiple clutches, including a DC brake. This clutch is also a speed decreaser. |

16

| 14i | a fourth flywheel assembly coupled to the third clutch assembly; |   The Hitec power generation system has multiple flywheels. For example, the rotor of the synchronous machine. |
|---|---|---|
| 14j | a speed decreaser coupled to the fourth flywheel assembly; | The Hitec power generation system has a speed decreaser before the generator as the speed of the generator speed is 1800 RPM and the flywheel and inner rotor are greater than 1800 RPM. |
| 14 k | a fourth clutch assembly coupled to the speed decreaser assembly; and | **About the Freewheel clutch**<br><br>• Fully automatic, single direction<br>• The relative rotational speed of the driving and driven parts determine engagement<br>• Integrated lubrication system<br>• Mechanical connection with engine<br>• No electrical controls<br>• Robust & Reliable<br><br>The Hitec power generation system has a fourth clutch. For example, the freewheel clutch. |

17

| | | |
|---|---|---|
| 14l | a generator assembly coupled to the fourth clutch assembly. | **4 Back to utility mode**<br><br>After utility power has stabilized, the UPS synchronizes with utility power and closes Q1. The engine then ramps down to 1450/1750 rpm, and as a result the free-wheel clutch disengages. Simultaneously, the generator returns to its motor operation and maintains the speed of the outer rotor of the kinetic energy module at 1500/1800 rpm.<br><br>The engine will continue to run for a short time in a no-load condition to cool down. After the engine has completed its cool-down run, it will shut down and return to standby mode.<br><br>About the Diesel engine<br><br><br><br>- Continuously lubricated<br>- Pre-heated<br>- No load at start up<br>- Up to speed in 2.5 to 3 seconds<br>- N+1 starter motors with rectified starter panels<br>- Gravity-fed day tanks<br>- Sized to load<br><br><br><br>The Hitec power generation system has a starter generator integrated into the diesel engine. This electric machine controls the speed of the diesrl engine. |
| 15 | The system of claim 14, further including a fifth flywheel assembly coupled between the fourth clutch assembly and the generator assembly. | DESCRIPTION<br><br>The VULKARDAN F is the successor of the well-established VULKARDAN E and complements the VULKAN highly flexible couplings product portfolio below the RATO R torque range. In comparison to similar couplings, the VULKARDAN F is characterized by a very compact design, resulting in a weight reduction and a very short installed length. Furthermore, the optimized design of the element increases the heat dissipation considerably which results in high power loss. Accordingly VULKARDAN F couplings can also be installed in applications with high alternating torques, and temperature induced ageing processes are efficiently reduced. The VULKARDAN F is especially suitable for flexibly mounted drive systems and makes it possible to compensate radial, axial and angular offsets by using a very soft element in combination with a high-performance membrane. The VULKARDAN F is available in two rubber qualities, enabling a perfect torsional tuning of the drive train. In addition, a modular flywheel mass is available which can be attached after the installation of the coupling to achieve the highest comfort requirements.<br><br>Benefits<br>Compact and short twist design for smallest possible space requirements and easy handling<br>Low weight for the protection of engine bearings and reduction of service costs<br>Effective vibration protection and high displacement capacity guarantee the protection of connected machinery and therefore the highest system availability<br>Due to the high power loss suitable for all propulsion and generator applications<br>Highest solution flexibility due to two optimized natural rubber versions<br><br>Technical Data<br>Torque Range TKN [kNm]<br><br>The flexible coupling contains a flywheel. |

18

| 16 | The system of claim 15, further including a sixth flywheel assembly coupled between the fourth clutch assembly and the speed decreaser. |  |
|---|---|---|
| 17 | The system of claim 16, wherein the speed increaser and the speed decreaser are gear trains having predetermined gear ratios. | The Hitec power generation system has gear trains having predetermined gear ratios.  |

19

| 18 | The system of claim 17, wherein the speed increaser and the speed decreaser are multi-speed transmissions. | The Hitec power generation system uses multispeed transmissions for speed increasers/ decreasers. |

20