IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY DEWAYNE WASHINGTON JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AIR WATER INC., HITEC HOLDING BV, ) <br> HITEC POWER PROTECTION ) <br> INTERNATIONAL BV, and HITEC ) <br> POWER PROTECTION INC., ) <br> ) <br> Defendants. ) | C.A. No. 24-715 (JLH) |

## STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

WHEREAS, the Court entered a Scheduling Order on November 25, 2025 (D.I. 77);

WHEREAS, the parties agree they require more time to conduct more fulsome fact discovery and to understand the scope of the claims of the patent-in-suit after claim construction proceedings are completed;

WHEREAS, the parties have also agreed to extend the existing deadlines in the Current Scheduling Order;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Current Scheduling Order is amended as follows:

| Event | Prior Date | New Proposed Date |
|---|---|---|
| Claim Construction Hearing | N/A | (TBD by the Court) |
| Amended Invalidity Contentions and Amended Infringement Contentions | N/A | February 18, 2026 |
| Fact Discovery Cutoff | February 3, 2025 | April 3, 2026 |
| Expert Reports for the Party Bearing the Burden of Proof | February 19, 2025 | April 20, 2026 |
| Rebuttal Expert Reports | March 19, 2026 | May 20, 2026 |

| Event | Prior Date | New Proposed Date |
|---|---|---|
| Expert Discovery Closes | April 20, 2026 | June 22, 2026 |
| Dispositive Motions Due | May 19, 2026 | July 20, 2026 |

/s/ *Megan C. Haney*
John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Plaintiff JD Washington*

OF COUNSEL:

Randall Garteiser
GHIP LAW
119 West Ferguson
Tyler, TX 75702-7203
(903) 705-7420
rgarteiser@ghiplaw.com

/s/ *Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com

*Attorneys for Defendants Air Water Inc., HITEC Holding BV, HITEC Power Protection International BV, and HITEC Power Protection Inc.*

OF COUNSEL:

Patrick T. Muffo
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 819-1900
pmuffo@polsinelli.com

Clement A. Asante
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
(303) 572-9300
casante@polsinelli.com

February 3, 2026

SO ORDERED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE